# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| William Penn School District; | : | |
| Panther Valley School District; | : | |
| The School District of Lancaster; | : | |
| Greater Johnstown School District; | : | |
| Wilkes-Barre Area School District; | : | |
| Shenandoah Valley School District; | : | |
| Jamella and Bryant Miller, parents of | : | |
| K.M., a minor; Sheila Armstrong, | : | |
| parent of S.A., minor; Tracey Hughes, | : | |
| parent of P.M.H., minor; Pennsylvania | : | |
| Association of Rural and Small Schools; | : | |
| and The National Association for the | : | |
| Advancement of Colored | : | |
| People-Pennsylvania State Conference, | : | |
| Petitioners | : | |
| | : | |
| v. | : | No. 587 M.D. 2014 |
| | : | |
| Pennsylvania Department of Education; | : | |
| Kim L. Ward, in her official capacity | : | |
| as President Pro-Tempore of the | : | |
| Pennsylvania Senate; Joanna E. | : | |
| McClinton, in her official capacity as | : | |
| Speaker of the Pennsylvania House | : | |
| of Representatives; Josh Shapiro, | : | |
| in his official capacity as the Governor | : | |
| of the Commonwealth of Pennsylvania; | : | |
| Pennsylvania State Board of Education; | : | |
| and Dr. Khalid N. Mumin, in his | : | |
| official capacity as Acting Secretary | : | |
| of Education, | : | |
| Respondents | : | |

**PER CURIAM**                    **O R D E R**

**NOW**, April 17, 2023, upon consideration of "Petitioners' Application to Report Unreported Opinion (Application), to which there was no opposition,[1] the Application is GRANTED.  The above-captioned Memorandum Opinion, filed February 7, 2023, shall be designated OPINION and shall be REPORTED.

---

[1] Former Respondent and Speaker of the House and now Intervenor and Leader of the Republican Caucus of the House filed the only response and took no position on the Application.